# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR6345

THE STATE OF TEXAS

VS

RAYMOND ZAPATA

IN THE 187TH DISTRICT COURT
FILED IN
4TH COURT OF APPEALS
SAN ANTONIO, TEXAS
BEXAR COUNTY, TEXAS
06/26/2015 9:04:36 AM

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 06-25-2015

3. The Honorable STEVEN C. HILBIG _____ presided at the trial ____.

4. The above named defendant was convicted _____ of the offense(s) of AGGRAVATED ROBBERY

as a (RXXXXXXX)(XXXXXXXX).

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413   SBN: 24030360

6. Trial _____ Attorney(s): VINCENT DENNIS CALLAHAN

(Retained)(Appointed) Appeals attorney:MICHAEL L YOUNG
Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711   SBN: 794895

Defendant Pro-Se__ Yes X No

7. The trial held was:___Trial before the Court      ___Jury trial on guilt only
   ___Jury trial on punishment only      ___Jury trial guilt and punishment
   _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea   ___Open/non negotiated plea of guilty/nolo contendere
   ___Motion to enter adjudication of guilt ___Motion to revoke community supervision
   ___Other _____

8. The sentence was (imposed ) on:06-12-2015 for a period of:yrs:050 mths:00
   and a fine of $       2,000.00

9. Defendant is presently in:X_ BCADC ___ TDCJID. Defendant is on ___** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: BETTINA WILLIAMS @ 187
    300 DOLOROSA
    SAN ANTONIO,TEXAS 78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) _____

WITNESS MY HAND THIS THE 25th DAY OF June , 2015

COURT REPORTER(S):_____   Date: 6-25-15

                                                 Date:_____

KEITH E. HOTTLE, CLERK

BY:_____   Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

NOYOLA, MICHAEL RENE           ,DEPUTY

(jsdca)

Cause NO. *2014-CR-6345*

THE STATE OF TEXAS

VS.

*Raymond Zapata*

IN THE DISTRICT COURT

*187* JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
15 JUN 25 AM 11: 50

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now *Raymond Zapata*, Defendant in the above styled and numbered cause, on this the *15th* day of *June*, *2015*, and within thirty (30) days of sentencing having been imposed against Defendant on the *12th* day of *June*, *2015*, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_____
Attorney for Defendant

_____
Defendant

Raymond Zapata 964706
200 N. Comal
San Antonio, TX 78207

SAN ANTONIO
TX 780
17 JUN '15
PM 3 L

neopost
06/17/2015
US POSTAGE $00.48⁵
ZIP 78205
0411220204⁹

FIRST-CLASS MAIL

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: 187    District Court

Cause NO. 2014-CR-6345

THE STATE OF TEXAS            IN THE DISTRICT COURT

VS.            187 JUDICIAL DISTRICT

Raymond Zapata        [CRT         BEXAR COUNTY, TEXAS

---

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now __Raymond Zapata__, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

    (  ) yes                (✓) no

    and the trial was a

    (  ) jury trial           (  ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

    (✓) yes                (  ) no

4. The plea bargain agreement was followed by the Court

    (✓) yes                (  ) no

5. Defendant was sentenced on the 12th day of June, 2015, and sentence commenced on the on the 12th day of June, 2015,

6. A motion for New Trial was filed in this cause

    (  ) yes                (  ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)    the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)    the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

___—___ (C)    permission to appeal

       (  ) has been granted by trial court        (  ) has been denied by trial court

Respectfully submitted,

Raymond Zapata

Defendant

Cause NO. 2014-CR-6345

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 187 JUDICIAL DISTRICT |
| Raymond Zapata | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Raymond Zapata , Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

    ( ) yes        (✓) no

and the trial was a

    ( ) jury trial        ( ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

    (✓) yes        ( ) no

4. The plea bargain agreement was followed by the Court

    (✓) yes        ( ) no

5. Defendant was sentenced on the 12th day of June , 2015, and sentence commenced on the on the 12th day of June , 2015,

6. A motion for New Trial was filed in this cause

    ( ) yes        (✓) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)    the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)    the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

_____ (C)    permission to appeal

    ( ) has been granted by trial court        ( ) has been denied by trial court

Respectfully submitted,

Raymond Zapata
Defendant

Raymond Zapata 964746
200 N Comal
San Antonio TX 78207

SAN ANTONIO TX 782
RIO GRANDE DISTRIBUTION
17 JUN 2015 PM 1 L

FIRST-CLASS MAIL
ZIP 78205
041L1220204B

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: 187th District Court

No.  2014-CR-6345



The State of Texas             §          In the *187th* District Court

vs.                            §          of

*Raymond Zapata, JR.*          §          Bexar County, Texas

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☑    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____       __6/12/15_____
**JUDGE**                                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: _03651700_
Mailing address: _POB 12141_
_SA TX 78212_
Telephone: _210-733-3404_
Fax: _✓_

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).

No. _2014CR6345_

STATE OF TEXAS

v.

_Raymond Zapata_

IN THE DISTRICT COURT

_187th_ JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure,

hereby appoints **MICHAEL YOUNG**, Chief Public Defender (SBN 00794895), to

represent _Raymond Zapata_, an indigent defendant, in the above-styled and

numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until

relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at

(210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of

Appeals of Texas.

SIGNED _25 June_ _, 2015.

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or
vmcdonald@bexar.org before making this appointment to verify that the office is presently
accepting new appellate cases.**

Updated 4/20/2015